**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :   No. 37 MAL 2018

          Respondent    :

                               :   Petition for Allowance of Appeal
                               :   from the Order of the Superior Court

          v.    :

                               :

D.D.,    :

          Petitioner    :

**ORDER**

**PER CURIAM**

     **AND NOW**, this 30th day of June, 2020, the Petition for Allowance of Appeal is **DENIED**.